UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NICK CONLEY, | Case No. 17-13965 |
| Plaintiff, | |
| v. | SENIOR UNITED STATES DISTRICT JUDGE ARTHUR J. TARNOW |
| RAUSCH, STURM, ISRAEL, ENERSON & HORNICK, LLP, ET AL., | MAGISTRATE JUDGE MONA K. MAJZOUB |
| Defendants. | |

_____/

**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE**

Plaintiff filed a Complaint [1] on December 8, 2017 against Defendants Raush, Sturm, Israel, Enerson & Hornick, LLP and David J. Canine. The Court issued an Order [4] on May 9, 2018 directing Plaintiff to submit a response by June 1, 2018, explaining why this case should not be dismissed for failure to prosecute.

Pursuant to Eastern District of Michigan Local Rule 41.2, "when it appears ... that the parties have taken no action for a reasonable time, the court may, on its own motion … enter an order dismissing or remanding the case unless good cause is shown." E.D. MICH. LOCAL R. 41.2. Plaintiff has submitted no response to the

Court's Order to Show Cause and has therefore failed to show good cause.

Accordingly,

**IT IS ORDERED** that this case is **DISMISSED**.

**SO ORDERED**.

s/Arthur J. Tarnow<br>Arthur J. Tarnow<br>Senior United States District Judge

Dated: July 23, 2018